No. A–694.   BANKERS' LIFE & CASUALTY CO. v. CRENSHAW. Sup. Ct. Miss.   Application for stay pending appeal, addressed to THE CHIEF JUSTICE and referred to the Court, denied.   JUSTICE BLACKMUN and JUSTICE STEVENS would grant this application.

No. A–756.   JOHNSON v. TEXAS.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the filing of a petition for writ of certiorari on or before May 7, 1986.   If the petition is filed on or before May 7, 1986, this order is to continue in effect pending this Court's final disposition of the petition for writ of certiorari.

No. D–533.   IN RE DISBARMENT OF EVANS.   Disbarment entered.   [For earlier order herein, see 474 U. S. 1002.]

No. D–543.   IN RE DISBARMENT OF DEGLOW.   Disbarment entered.   [For earlier order herein, see 474 U. S. 1079.]

No. D–544.   IN RE DISBARMENT OF TILLEY.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1003.]

No. D–552.   IN RE DISBARMENT OF PLAZA.   It is ordered that Richard J. Plaza, of Jersey City, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 84–1379.   DIAMOND ET AL. v. CHARLES ET AL.   C. A. 7th Cir.   [Probable jurisdiction noted, 471 U. S. 1115.]   Motion of appellees for leave to file a supplemental brief after argument granted.

No. 85–250.   LYNG, SECRETARY OF AGRICULTURE v. CASTILLO ET AL.   D. C. S. D. Tex.   [Probable jurisdiction noted *sub nom. Block* v. *Castillo*, 474 U. S. 994.]   Motion of the Solicitor General to permit Jeffrey P. Minear, Esquire, to present oral argument *pro hac vice* granted.

No. 85–437.   ARCARA, DISTRICT ATTORNEY OF ERIE COUNTY v. CLOUD BOOKS, INC., DBA VILLAGE BOOK & NEWS STORE, ET AL.   Ct. App. N. Y.   [Certiorari granted, 474 U. S. 978.]   Motion of City of Santa Ana for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.